735 A.2d 1265

**Thomas E. SMITH, Appellant,**

**v.**

**Conway BUSHEY, Board of Probation and Parole,
Martin Horn, Department of Corrections,
Green County Court, Appellees.**

No. 58 Western District Appeal Docket 1999.

Supreme Court of Pennsylvania.

Aug. 26, 1999.

## *ORDER*

PER CURIAM:

**AND NOW**, this 26th day of August 1999, the above captioned matter is quashed.